RECEIVED
OCT - 3 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **MELVIN SIGUE** | **CIVIL ACTION NO. 07-0931** |
| **VS.** | **SECTION P** |
| **ROBERTA BOUDREAU, ET AL.** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE HILL** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;[1]

**IT IS ORDERED** that plaintiffs civil rights action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___3___ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] To the extent that petitioner states in his objection that he wishes to amend his petition to include a claim that he be given credit for time served on an unrelated charge, this Court is without jurisdiction to grant relief on such a claim.